UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:13-00003 |
| | ) | JUDGE CAMPBELL |
| ANTHONY PRAINO | ) | |

### ORDER

Pending before the Court is Defendant's Motion to Change Hearing Time (Docket No. 27) for the sentencing. The Motion is GRANTED in part and DENIED in part.

Due to a full calendar schedule on that day, the requested change of time is denied. However, the sentencing hearing currently scheduled for June 20, 2014, is CONTINUED to June 26, 2014, at 9:00 a.m.

All motions for a departure or pursuant to United States v. Booker, 125 S.Ct. 738 (2005) must be filed at least five (5) days before the sentencing hearing.

In accordance with LCrR 32.01(c), at least seven (7) days prior to the sentencing date, the parties shall file a "Position of the (Government or Defendant) with Respect to Sentencing Factors," containing only unresolved objections to the Presentence Report. If the parties have no objections to the Presentence Report, they shall so indicate in their "Position" filed with the Court. The parties shall also serve a copy of their "Position" on the Probation Office upon its filing.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE